No. 1433. Guilbot, Appellant, v. Lippitt, Commissioner of Health, Appellee. — First District Court of San Juan. Decided May 22, 1923. The appellant's motions of withdrawal is sustained.

No. 3058. Vargas, Appellant, v. Cruz, Appellee. — District Court of Mayagüez. Decided May 22, 1923. The appellee's motion for dismissal is sustained.

No. 3061. Ramos, Appellant, v. Márquez, Appellee. — District Court of Humacao. Decided May· 24, 1923. It appearing that the memorandum of costs was approved on March 13 and the party mulcted appealed on March 23 and on April 3 obtained an extension of 30 days for preparing the statement of the case, which was not prepared, and the legal period for filing the transcript of the record having expired without compliance by the appellant with this requisite, the appellee's motion is sustained and the appeal is dismissed.

No. 2050. People, Appellee, v. García, Appellant. — District Court of Ponce. Decided May 24, 1923. Petty larceny. Considering the briefs and the *Fiscal's* acquiescence in the appellant's contention that the court committed a manifest error in weighing the evidence, for the reasons stated in *People,* v. *Villegas,* 25 P. R. R. 815, and *People,* v. *Laureano,* 20 P. R. R. 7, the judgment is reversed and the defendant is discharged.

No. 2042. People, Appellee, v. Medina, Appellant. — District Court of Aguadilla. Violation of section 1 of Sanitation Bulletin No. 29. Decided May 24, 1923. The *Fiscal* having acquiesced in the appeal, orally and in writing, on the ground that the court committed manifest error in weighing the evidence, the evidence was held to be insufficient and the judgment was reversed and the defendant discharged.